

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Cornell Anthony Perkins,

\* From the 42nd District
Court of Taylor County,
Trial Court No. 24702A.

Vs. No. 11-13-00257-CR

\* June 25, 2015

The State of Texas,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

     This court has inspected the record in this cause and concludes that there is no error in the judgments below.   Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.